# EXHIBIT "B"

# The State of South Carolina



## Office of Secretary of State Mark Hammond

### Certificate of Existence

**I, Mark Hammond, Secretary of State of South Carolina Hereby Certify that:**

VNK TRANSPORT, INC, a corporation duly organized under the laws of the State of South Carolina on October 26th, 2009, and having a perpetual duration unless otherwise indicated below, has as of the date hereof filed all reports due this office, paid all fees, taxes and penalties owed to the State, that the Secretary of State has not mailed notice to the corporation that it is subject to being dissolved by administrative action pursuant to S.C. Code Ann. §33-14-210, and that the corporation has not filed articles of dissolution as of the date hereof.

Given under my Hand and the Great Seal of the State of South Carolina this 14th day of June, 2023.

*Mark Hammond*
Mark Hammond, Secretary of State

ERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Jun 14 2023
REFERENCE ID: 1331099

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

# STATE OF SOUTH CAROLINA
## SECRETARY OF STATE

## ARTICLES OF INCORPORATION

**TYPE OR PRINT CLEARLY IN BLACK INK**

1. The name of the proposed corporation is _____VNK Transport Inc_____

2. This corporation is a statutory close corporation pursuant to Chapter 18 Title 33 of the 1976 South Carolina Code of Laws as amended

3. The initial registered office of the corporation is _____425 Ferree Road_____
   Street Address

   | Campobello | Spartanburg | SC | 29322 |
   |---|---|---|---|
   | City | County | State | Zip Code |

   and the initial registered agent at such address is _____Vasily Kapanzhi_____
   Print Name

   I hereby consent to the appointment as registered agent of the corporation

   _____[signature]_____
   Agents Signature

4. The corporation is authorized to issue shares of stocks as follows Complete a or b whichever is applicable

   a [X] The corporation is authorized to issue a single class of shares the total number of shares authorized is _____100 000_____

   b [ ] The corporation is authorized to issue more than one class of shares

   | Class of Shares | Authorized No of Each Class |
   |---|---|
   |  |  |
   |  |  |
   |  |  |

   If shares of stock are divided into two or more classes or if any class of shares is divided into series within a class the relative right preference and limitations of the shares of each class and of each series within a class are as follows

   _____Not Applicable_____

5. The existence of the corporation shall begin as of the filing date with the Secretary of State unless a delayed date is indicated (See Section 33 1

091027-0299     FILED 10/26/2009
VNK TRANSPORT INC
Filing Fee $135 00 ORIG

1

Mark Hammond     South Carolina Secretary of State

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE
Jun 14 2023
REFERENCE ID: 1331099

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

**STATE OF SOUTH CAROLINA**
**SECRETARY OF STATE**

**ARTICLES OF INCORPORATION**

_____VNK Transport Inc_____
Name of Corporation

of Laws as amended)

_____Delayed Effective Date Not Requested_____

6. Unless specified otherwise below the transfer of shares of stock of the corporation shall be subject to the restrictions set out in Sections 33 18 110 through 33 18 130 of the 1976 South Carolina Code of Laws as amended Specify any variations in the statutory format in Sections 33 18 110 through 33 18 130

_____There shall be no variations in the statutory format_____

7. Pursuant to Section 33 18 220 of the South Carolina Code of Laws (1976) as amended the corporation elects not to have formal By Laws and in place of By Laws does include the following provisions as part of its Articles of Incorporation

a Annual shareholder meetings shall be held at 10 00 a m on the 1st day of October in each calendar year The place of the meeting shall be 425 Ferree Road Campbello County of Spartanburg South Carolina Such meeting shall be held unless a written demand shall be first delivered by a shareholder on or before 31 January of the current year preceding the annual meeting If no such demand is made then the annual meeting shall have been omitted in accordance with Section 33 18 220 of the SC Code of Laws

b This corporation shall operate without a board of directors and no provisions need be addressed either in By Laws or in these Articles which specify either the number of directors or the manner in which notice of board meetings shall be given

c There shall be three officers in the corporation unless the number of shareholders is less than three in which event there shall be only one officer who shall serve as president and treasurer If there shall be three or more shareholders the officers and their duties shall be as follows

  (1) PRESIDENT The president shall be charged with the general management of the corporation and shall have full authority to issue and sign bank checks drafts notes and any other obligations of the corporation as well as conduct any and all business of the corporation including the sale mortgaging or encumbering and purchase of real estate wherever located

  (2) TREASURER The treasurer shall be charged with the management of all financial affairs of the corporation and shall be authorized to sign and execute the promissory notes checks and other obligations on behalf of the corporation without any further grant of

2

ERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Jun 14 2023
REFERENCE ID: 1331099

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

**STATE OF SOUTH CAROLINA**
**SECRETARY OF STATE**

**ARTICLES OF INCORPORATION**

<u>VNK Transport Inc</u>
Name of Corporation

authority from the president Nonetheless the treasurer shall be subordinate to the president In the event the president is unable to perform his duties as such then the treasurer shall serve with the same authority as granted to the president

(3) SECRETARY The Secretary shall record the business of the corporation including records of stock ownership and minutes of shareholder meetings In the event that the president shall be unable to perform his duties as such and likewise the treasurer is unable to perform his duties as well then the secretary shall serve with the same authority as granted to the President

8   The corporation elects not to have the provisions of Sections 33 18 140 through 33 18 170 of the 1976 South Carolina Code of Laws as amended which give the estate of a deceased shareholder the right to compel the corporation to purchase the deceased shareholders shares

9   The optional provisions which the corporation elects to include in the articles of incorporation are as follows

<u>None</u>

10   The name address and signature of each incorporator is as follows (only one is required)

a   Name      Vasily Kapanzhi

    Address   425 Ferree Road
              Campobello SC 29322

    Signature *[signature]*

b   Name      Not Applicable

    Address

    Signature

3

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

Jun 14 2023
REFERENCE ID: 1331099

*Mark Hammond*
SECRETARY OF STATE OF SOUTH CAROLINA

# STATE OF SOUTH CAROLINA
# SECRETARY OF STATE

## ARTICLES OF INCORPORATION

**VNK Transport, Inc**
Name of Corporation

c  Name  Not Applicable

Address

Signature

11 _____Scott W Davis_____ an attorney licensed to practice in the state of South Carolina certify that the corporation to whose articles of incorporation this certificate is attached has complied with the requirements of Chapter 2 Title 33 of the 1976 South Carolina Code of Laws as amended relating to the articles of incorporation

Date  10/20/09

Signature

Scott W Davis  /  69846
Type or Print Name  /  Bar Number

530 Howell Road
Ste 105
Greenville  SC  29615
Address

(864) 286 8684
Telephone Number

## FILING INSTRUCTIONS

1. Two copies of this form the original and either a duplicate original or a conformed copy must be filed

2. If the space in this form is insufficient please attach additional sheets containing a reference to the appropriate paragraph in this form

4