# EXHIBIT "C"

April 19, 2023

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**
**ARTICLE NUMBER 7022 3330 0002 0418 1338**

Attention: Michael Piccone
Canal Insurance Company
P.O. Box 7
Greenville, SC 29602

| | | |
|---|---|---|
| RE: | Our Client(s): | Marvin Roberson, Jr. |
| | Date of Accident: | October 4, 2021 |
| | Your Insured: | VNK Transportation, Inc. |
| | Your Claim No.: | L530806 |

**FOR SETTLEMENT PURPOSES ONLY**

Dear Michael Piccone:

This is our Firm's Proposal for Settlement, directed to you as a good faith attempt to settle the serious personal injury claim of Marvin Roberson for the policy limits of available coverage. It is our intent, provided you work with us, to resolve this case without incurring the financial and time commitment of a protracted litigation. In keeping with the provisions of Florida Statute 624.155, we ask that you respond to this demand for tender of the policy limits within twenty (20) days of your receipt of this letter.

**FACTS and LIABILITY**

Our investigation into this accident reveals that on October 4, 2021, my client, Marvin Roberson, was the seat-belted driver of a vehicle traveling in the inside travel lane on northbound Interstate 295 in Jacksonville, Florida. At that time and location, Michael Kapanzhi, your insured's permissive driver, was traveling in the outside travel lane on northbound Interstate 295 and parallel to my client. Mr. Kapanzhi recklessly accelerated his vehicle forward and to the left and into the inside travel lane, even though my client maintained control of the inside travel lane, causing the left side of Mr. Kapanzhi's vehicle's trailer to directly strike and sideswipe the right side of my client's vehicle. This violent collision caused significant injuries to my client, which are more fully described herein. There is no question that liability rests solely with your insured's permissive driver. The Florida Highway Patrol responded to the accident scene and determined Mr. Kapanzhi was at fault for 'failure to driving in single lane' pursuant to Florida Statute 316.089(1) with warning citation #6935-WQN. Further, Mr. Kapanzhi's failure to maintain a proper lookout, failure to maintain travel lane integrity, and failure to operate his vehicle in a reasonably prudent manner were the proximate causes of the said above accident and my client's injuries. I have enclosed the accident report and photographs for your review.

300 SE 17th Street • Fort Lauderdale, FL 33316
Phone: (954) 525-0050 • Fax: (954) 525-0020 • Toll Free: (800) 747-FREE
www.anidjarlevine.com

Offices in: Fort Lauderdale • Boca Raton • Plantation • Hollywood • Boynton Beach • Weston

4/27/2023 8:37:40 AM

# INJURY:

Immediately following the forceful impact from this accident, Marvin Roberson was jolted vigorously within the vehicle resulting in excruciating pain. Due to the severity of his pain, on October 12, 2021, Mr. Roberson presented to Joseph Lee, D.C. of Lee Chiropractic Clinic for an initial chiropractic evaluation. Dr. Lee noted chief complaints of headaches, neck pain, upper back pain, and low back pain. After an extensive physical examination, Dr. Lee recommended a regimen of physical therapy as an initial treatment measure.

On December 16, 2021, Mr. Roberson presented to Advanced Diagnostic Group for MRIs of the cervical spine and lumbar spine. The cervical spine MRIs, read by Daniel Feinberg, M.D., revealed: 1) At C3-4, there is disc bulging, posterior central-right paracentral disc herniation/extrusion that migrates 0.44 cm superior and 0.5 cm inferior to the level of the disc, uncovertebral hypertrophy, left facet hypertrophy, causing mild to moderate left greater than right neural foraminal narrowing and mild spinal canal stenosis, including spinal cord impingement; 2) At C4-5, there is disc bulging, posterior central disc herniation/extrusion that migrates 0.17cm, superior to the level of the disc uncovertebral and facet hypertrophy; 3) At C5-6, there is disc bulging, posterior central-right paracentral disc herniation/extrusion that migrates 0.35 cm inferior to the level of the disc, uncovertebral and facet hypertrophy, causing severe bilateral neural foraminal narrowing and mild spinal canal stenosis; 4) At C6-7, there is disc bulging, posterior central-right paracentral disc herniation/protrusion with corresponding annular fissuring, uncovertebral and facet hypertrophy, causing mild to moderate left greater than right neural foramina narrowing; 5) At C7-T1, there is grade 1 anterolisthesis of C7 relative to T1 measuring 0.17 cm; and 6) Straightening of the normal cervical lordosis which can indicate muscle spasm. Clinical correlation is recommended.

The lumbar spine MRIs, read by Dr. Feinberg, revealed: 1) At L2-3, there is left posterolateral disc herniation/protrusion, facet hypertrophy, causing mild left neural foraminal narrowing; 2) At L3-4, there is disc bulging, facet hypertrophy, causing mild bilateral neural foraminal narrowing; 3) At L4-5, there is disc bulging, facet and ligamentum flavum hypertrophy, causing mild bilateral neural foraminal narrowing; 4) At L5-S1, there is disc bulging, broad-based left posterolateral disc herniation/protrusion, grade 1 retrolisthesis of L5 relative to S1 measuring 0.25 cm, facet hypertrophy, causing moderate left and mild right neural foraminal narrowing, as well as left lateral recess stenosis with disc material contacting the descending left S1 nerve root; 5) L4-5 and L5-S1 facet joint effusions are seen, which can indicate joint motion and/or inflammation; and 6) Straightening of the normal lumbar lordosis which can indicate muscle spasm. Clinical correlation is recommended. I have enclosed the MRI reports for your review.

On November 22, 2021, Mr. Roberson's medical specials were reviewed by Arkam Rehman, M.D., of Sunshine Spine and Pain. Following a detailed review, Dr. Rehman concluded that Mr. Roberson suffered an emergency medical condition as a direct result of his accident.

On February 3, 2022, Mr. Roberson presented to Kenneth Powell, D.O., of Coastal Injury Clinic for an initial interventional pain management consultation. Dr. Powell noted ongoing complaints of headaches, neck pain, mid back pain, and low back pain. Following a detailed physical examination, including a review of the MRIs, Dr. Powell diagnosed Mr. Roberson with: 1) Cervical disc displacement; 2) Cervical spondylolisthesis; 3) Lumbar disc displacement; 4) Lumbar facet joint syndrome; and 5) Lumbar spondylolisthesis. Consequently, Dr. Powell recommended: 1) Cervical face joint nerve block injections at the C3-6 levels; and 2) Lumbar facet joint nerve block injections at the bilateral L3-S1 levels in anticipation of surgical intervention in the form of lumbar radiofrequency ablations.

On February 25, 2022, Mr. Roberson presented to Christopher Manees, M.D., and returned to Coastal Injury Clinic for the recommended pain management procedure. After obtaining consent and under local anesthesia, Dr. Manees administered lumbar facet joint nerve block injections at the bilateral L3-S1 levels under fluoroscopic guidance. I have enclosed the operative report for your review.

On March 21, 2022, Mr. Roberson returned to Dr. Powell at Coastal Injury Clinic for a follow-up interventional pain management consultation. Dr. Powell noted ongoing complaints of headaches, neck pain, mid back pain, and low back pain. After a detailed physical examination, Dr. Powell recommended: 1) Cervical face joint nerve block injections at the C3-6 levels; and 2) Lumbar epidural steroid injections at the L5-S1 level.

On April 8, 2022, Mr. Roberson returned to Dr. Manees at Coastal Injury Clinic for the recommended pain management procedure. After obtaining consent and under local anesthesia, Dr. Manees administered lumbar interlaminar epidural steroid injections at the L5-S1 level under fluoroscopic guidance. I have enclosed the operative report for your review.

On April 20, 2022, Mr. Roberson returned to Dr. Powell at Coastal Injury Clinic for a follow-up interventional pain management consultation. Dr. Powell noted ongoing complaints of headaches, neck pain, mid back pain, and low back pain. After a detailed physical examination, including a review of all treatment records to date, Dr. Powell recommended consultation with a neurosurgeon.

On June 14, 2022, Mr. Roberson presented to Bernard Guiot, M.D., of Florida Neurosurgery for an initial neurosurgeon consultation. Dr. Guiot noted ongoing complaints of neck pain and low back pain radiating into the right hip. After a detailed physical examination, including a review of all treatment records to date, Dr. Guiot recommended a right sacroiliac joint injection.

On July 1, 2022, Mr. Roberson returned to Dr. Manees at Coastal Injury Clinic for the recommended pain management procedure. After obtaining consent and under local anesthesia, Dr. Manees administered right sacroiliac joint injections under fluoroscopic guidance. I have enclosed the operative report for your review.

On July 29, 2022, Mr. Roberson returned to Florida Neurosurgery for a follow-up neurologist consultation. Dr. Guiot noted ongoing complaints of neck pain and low back pain radiating into the right hip. Following a detailed physical examination, Dr. Guiot recommended a repeat right sacroiliac joint injection.

On August 30, 2022, Mr. Roberson presented to Abel Murillo, M.D., and returned to Florida Neurosurgery for the recommended pain management procedure. After obtaining consent and under local anesthesia, Dr. Murillo administered right sacroiliac joint injections under fluoroscopic guidance. I have enclosed the procedure note for your review.

On September 28, 2022, Mr. Roberson returned to Florida Neurosurgery for a follow-up neurologist consultation. Dr. Guiot noted ongoing complaints of neck pain and low back pain radiating into the right hip. Following a detailed physical examination, Dr. Guiot recommended lumbar radiofrequency ablations versus surgical consultation.

On December 1, 2022, Mr. Roberson presented to Kenisha Turner, A.P.R.N., of Associates MD Medical Group for a preoperative clearance. Registered Nurse Turner noted ongoing complaints of low back pain. After a detailed physical examination, including a review of the x-rays of the chest, laboratory work, EKG, and all treatment records to date, Michael Alexander, M.D., cleared Mr. Roberson for the recommended surgery.

On January 9, 2023, Mr. Roberson presented to Dr. Guiot at SurgCenter of Greater Jacksonville for the recommended surgery. After obtaining consent and under general anesthesia, Dr. Guiot performed: 1) Right sacroiliac joint stabilization and fusion; and 2) Placement and insertion of Zavation 11.5 mm x 55 mm SI Bone Screw with demineralized bone matrix. I have enclosed the operative report for your review.

On January 24, 2023, Mr. Roberson returned to Florida Neurosurgery for a postoperative neurologist consultation. Dr. Guiot noted ongoing complaints of low back pain radiating into the right hip. Following a detailed physical examination, Dr. Guiot ordered repeat right hip x-rays and follow-up consultation.

On February 9, 2023, Mr. Roberson returned to Florida Neurosurgery for a postoperative neurologist consultation. Dr. Guiot noted ongoing complaints of low back pain radiating into the right hip. After a detailed physical examination, Dr. Guiot ordered repeat right hip x-rays and a regimen of physical therapy in addition to recommending follow-up consultation.

On February 21, 2023, Mr. Roberson presented to Michael Griffith, D.P.T., of Bold City Therapy and Wellness for an initial physical therapy session. Dr. Griffith noted ongoing complaints of low back pain. Following a detailed physical examination, including a review of all treatment records to date, Dr. Griffith recommended a regimen of physical therapy as an initial postoperative treatment measure.

On March 9, 2023, Mr. Roberson returned to Florida Neurosurgery for a postoperative neurologist consultation. Dr. Guiot noted ongoing complaints of low back pain radiating into the right hip. After a detailed physical examination, Dr. Guiot ordered repeat right hip x-rays and follow-up consultation.

On April 12, 2023, Mr. Roberson returned to Florida Neurosurgery for a postoperative neurologist consultation. Dr. Guiot noted ongoing complaints of low back pain radiating into the right hip. After a detailed physical examination, Dr. Guiot recommended follow-up consultation.

Please be advised Marvin Roberson is continuing to actively treat for the injuries sustained as a result of the accident. All supplemental medical specials will be forwarded upon receipt.

## DAMAGES:

Please make note Marvin Roberson has incurred the following medical bills and expenses as a result of the October 4, 2021, accident:

| | | |
|---|---|---:|
| Lee Chiropractic Clinic | $ | 5,734.00 |
| Sunshine Spine and Pain | $ | 40.00 |
| Advanced Diagnostic Group | $ | 4,271.00 |
| Coastal Injury Clinic | $ | 13,584.31 |
| Florida Neurosurgery | $ | 42,407.98 |
| Associates MD Medical Group | $ | 2,557.44 |
| SurgCenter of Greater Jacksonville | $ | 105,810.00 |
| Anesthesia | $ | 12,750.00 |
| DME | $ | 4,250.00 |
| Bold City Therapy and Wellness | $ | 3,365.00 |
| **TOTAL MEDICAL EXPENSES:** | $ | 194,769.73 |

Furthermore, please bear in mind the trauma, hardship and agony my client had to undergo after this accident, and will have to undergo in years to come. Marvin Roberson has always been a proud and self-sufficient member of this community, and as a result of this accident, he has been forced to settle for a substantial change in his normal and customary lifestyle. He has been caused to suffer severe bodily injury, excruciating pain, fear, disability, mental anguish, inconvenience, loss of capacity for the enjoyment of life, and the expense of medical care and treatment.

## SETTLEMENT OFFER:

In view of the clear and unquestionable liability on the part of your insured's permissive driver, as well as the serious personal injuries sustained by Marvin Roberson, we hereby offer to settle this matter for your policy limits of $1,000,000.00. We feel that based upon Marvin Roberson's damages, pain and suffering incurred to date, and that he will suffer in the future, that this claim has a jury value in excess of this settlement offer. Tender of the policy limits may be made by performing the following by 5:00 P.M. of the twentieth (20th) day following your receipt of this letter:

> Tendering a settlement for the sum of $1,000,000.00 to Anidjar & Levine, P.A. and Marvin Roberson. Tender can only be performed by delivering a settlement draft made payable in the amount requested in the time frame requested to 300 SE 17th Street Fort Lauderdale, FL 33316. Acceptance of tender is contingent upon waiver of subrogation by any uninsured motorist carrier with coverage that inures to Marvin Roberson's benefit. Upon acceptance of the tender of the amount requested, our client will execute a general release in favor of your insured. Our Federal Tax ID #20-3451442. Failure to tender said amount according to the terms herein shall be deemed a rejection of this offer to settle.

In light of the clear liability and serious injuries that were sustained by Marvin Roberson, we feel that this settlement offer is more than reasonable. Please feel free to contact the undersigned to further discuss this claim.

Enclosed with the demand please find a copy of the complaint filed on March 18, 2023. The complaint was filed to protect my client's rights due to the passage of the Florida Tort Reform Bill. Please be advised my client is still interested and amenable to resolving this matter without the need for extended litigation and any payment of the enclosed demand will include a dismissal with prejudice as to your insured.

In advance, I wish to thank you for your prompt attention to this matter.

Very truly yours,

ANIDJAR & LEVINE, P.A.

Marc Anidjar, Esq.
MA/DP
Encl.