Filing # 169027129 E-Filed 03/18/2023 11:13:17 AM

16-2023-CA-002079-XXXX-MA Div: CV-A

IN THE CIRCUIT COURT, FOURTH JUDICIAL CIRCUIT, IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.:

MARVIN DAN ROBERSON, JR.,

    Plaintiff,

vs.

VNK TRANSPORTATION, INC., a Foreign Corporation, and MICHAEL KAPANZHI, an individual,

    Defendants.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, MARVIN DAN ROBERSON, JR., by and through the undersigned counsel, and hereby sues the Defendants, VNK TRANSPORTATION, INC., a Foreign Corporation, and MICHAEL KAPANZHI, and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of fifty thousand dollars ($50,000.00) exclusive of interest, costs, and attorneys' fees.

2. At all times material hereto, the Plaintiff, MARVIN DAN ROBERSON, JR., was and is an individual in Nassau County, Florida.

3. At all times material hereto, the Defendant, VNK TRANSPORTATION, INC., is a Foreign Corporation doing, substantial and not isolated business in the State of Florida, including Jacksonville, Duval County, Florida.

4. At all times material hereto, Defendant MICHAEL KAPANZHI, was an individual residing in Taylor, South Carolina.

1

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 03/21/2023 09:41:23 AM

5. Venue is proper in Duval County as the subject incident occurred in Duval County, Florida.

6. At all times material hereto, the Plaintiff was driving a 2018 Ford, VIN# 1FTEW1E54JFE74126.

7. At all times material hereto, Defendant, MICHAEL KAPANZHI, an individual, was the driver and/or operator of a certain truck owned by Defendant VNK TRANSPORTATION, INC. bearing VIN # 1XKAD49X3EJ391408 (hereinafter "Defendant's truck").

8. On or about October 4, 2021, Defendant MICHAEL KAPANZHI operated and/or drove Defendant's truck, with the permission and consent of VNK TRANSPORTATION, INC., on northbound I-259 near I-95, changing from the outside lane to the inside lane of travel, in Jacksonville, Duval County, Florida.

9. At that same time and place, Plaintiff MARVIN DAN ROBERSON, JR. was driving his vehicle northbound I-259 near I-95, in the inside lane of travel.

10. At that time and place, Defendant MICHAEL KAPANZHI negligently operated and/or maintained Defendant's truck so that it collided with Plaintiff's vehicle.

## COUNT I – NEGLIGENCE AGAINST MICHAEL KAPANZHI

Plaintiff re-adopts and re-alleges each and every allegation contained in Paragraphs 1 through 10 as if they were fully set forth herein and further alleges:

11. At all times material hereto, Defendant MICHAEL KAPANZHI, with the full knowledge and consent of Defendant VNK TRANSPORTATION, INC., owned, operated, leased, and/or maintained Defendant's truck for use in business.

12. At all times material hereto, Defendant MICHAEL KAPANZHI owed a duty to operate Defendant's truck in a reasonably safe manner.

13. As a direct and proximate result of Defendant MICHAEL KAPANZHI's aforementioned negligence, the Plaintiff, MARVIN DAN ROBERSON, JR., suffered bodily injury, resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of ability to earn money in the future and aggravation of a pre-existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future. Further, Plaintiff MARVIN DAN ROBERSON, JR. suffered physical damage to his automobile, storage costs, and loss of use of the same due to Defendant MICHAEL KAPANZHI's negligence.

WHEREFORE, the Plaintiff, MARVIN DAN ROBERSON, JR., demands judgment against the Defendant, MICHAEL KAPANZHI, for damages, costs and any other relief this court may deem appropriate. *Trial by jury is demanded as to all issues so triable by right.*

## COUNT II – NEGLIGENCE AGAINST VNK TRANSPORTATION, INC.

Plaintiff re-adopts and re-alleges each and every allegation contained in Paragraphs 1 through 10 and 11 through 13 as if they were fully set forth herein and further alleges:

14. At all times material hereto, Defendant VNK TRANSPORTATION, INC. owned, operated, leased, and/or maintained Defendant's truck for use in its business.

15. At the above listed location, Defendant MICHAEL KAPANZHI negligently operated or maintained Defendant's truck so that it collided with Plaintiff's vehicle.

16. At all times material hereto, Defendant MICHAEL KAPANZHI was an agent, servant, or employee of Defendant VNK TRANSPORTATION, INC.

17. At all times material hereto, Defendant MICHAEL KAPANZHI was employed by Defendant VNK TRANSPORTATION, INC. as a Truck Driver and/or Truck Operator.

18. All acts, omissions, and negligence alleged against Defendant MICHAEL KAPANZHI herein were committed in the course and scope of an agent, servant or employee relationship with Defendant VNK TRANSPORTATION, INC.

19. In the alternative, Defendant VNK TRANSPORTATION, INC. ratified Defendant MICHAEL KAPANZHI's acts, omissions or negligence at a later time.

20. Defendant MICHAEL KAPANZHI's operation of Defendant's truck at the time of the subject incident was with the authority and/or permission of Defendant VNK TRANSPORTATION, INC.

21. As the owner of Defendant's truck, Defendant VNK TRANSPORTATION, INC., is responsible for the following:

   a. The acts, omissions, and negligence of MICHAEL KAPANZHI, who was driving Defendant's truck with VNK TRANSPORTATION, INC.'s permission and consent;

   b. The accident of October 4, 2021, described above;

   c. The operation of Defendant's truck pursuant to the Dangerous Instrumentality Doctrine; and

   d. The injuries, damages and losses set forth in the following paragraphs.

22. As a direct and proximate result of Defendant VNK TRANSPORTATION, INC.'s negligence, individually and through its agent, servant or employee, Defendant MICHAEL KAPANZHI, the Plaintiff, MARVIN DAN ROBERSON, JR., suffered bodily injury, resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of ability to earn money in the future and aggravation of a pre-existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future. Further, Plaintiff MARVIN DAN

ROBERSON, JR. suffered physical damage to her automobile, storage costs, and loss of use of the same due to Defendant VNK TRANSPORTATION, INC.'s negligence, individually and through its agent, servant or employee, Defendant MICHAEL KAPANZHI.

WHEREFORE, the Plaintiff, MARVIN DAN ROBERSON, JR., demands judgment against the Defendant, VNK TRANSPORTATION, INC., for damages, costs and any other relief this court may deem appropriate. ***Trial by jury is demanded as to all issues so triable by right.***

## COUNT III – RESPONDEAT SUPERIOR – NEGLIGENCE AGAINST VNK TRANSPORTATION, INC.

Plaintiff re-adopts and re-alleges each and every allegation contained in Paragraphs 1 through 10, 11 through 13, and 14 through 22 as if they were fully set forth herein and further alleges:

23. At all times material hereto, Defendant MICHAEL KAPANZHI was an employee, agent or representative of Defendant VNK TRANSPORTATION, INC.

24. At all times material hereto, Defendant MICHAEL KAPANZHI, as the driver and/or operator of Defendant's truck, was acting within the course and scope of his employment for Defendant VNK TRANSPORTATION, INC.

25. Defendant VNK TRANSPORTATION, INC. is vicariously liable for the above-mentioned negligent actions and loss caused by Defendant MICHAEL KAPANZHI under the doctrine of Respondeat Superior.

26. As a direct and proximate result of Defendant VNK TRANSPORTATION, INC.'s negligence, the Plaintiff, MARVIN DAN ROBERSON, JR., suffered bodily injury, resulting in pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, lost wages, loss of ability to earn money in the future and aggravation of a pre-existing condition. The losses are either permanent or

continuing and the Plaintiff will suffer the losses in the future. Further, Plaintiff MARVIN DAN ROBERSON, JR. suffered physical damage to her automobile, storage costs, and loss of use of the same due to Defendant VNK TRANSPORTATION, INC.'s negligence.

WHEREFORE, the Plaintiff, MARVIN DAN ROBERSON, JR., demands judgment against the Defendant, VNK TRANSPORTATION, INC., for damages, costs and any other relief this court may deem appropriate. ***Trial by jury is demanded as to all issues so triable by right.***

In compliance with Rule 2.516 all pleadings in this cause shall be served on the undersigned by e-mail to pleadings@anl-law.com.

DATED this 18th day of March, 2023.

                                 **LAW OFFICES OF ANIDJAR & LEVINE, P.A.**
                                 Attorneys for Plaintiff
                                 300 SE 17th Street
                                 Fort Lauderdale, FL 33316
                                 Tel: (954) 525-0050/Fax: (954) 525-0020
                                 pleadings@anl-law.com

                                 By: /s/ Glen B. Levine
                                 GLEN B. LEVINE, ESQ.
                                 FBN: 0144355
                                 ELIE ANIDJAR, ESQ.
                                 FBN: 932191