

**DUVAL**
COUNTY

**JODY PHILLIPS**
*CLERK OF THE CIRCUIT COURT*



**FLORIDA'S CLERKS OF COURT AND COMPTROLLERS**
— Bring You —
**ccis** COMPREHENSIVE CASE INFORMATION SYSTEM

*sponsor*

Expand All

| Case Number | Filed Date | Disposition Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|---|
| 162023CA002079XXXXMA [162023CA002079XXXXMA] | 03/18/2023 | | DUVAL | Auto Negligence Case | OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 03/18/2023 | Auto Negligence Case | NO | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| WALLACE, WADDELL ARLIE III | JUDGE | | |
| Levine, Glen B | ATTORNEY | | |
| ROBERSON, MARVIN D | PLAINTIFF | LEVINE, GLEN BARRY | 144355 |
| VNK TRANSPORTATION, INC. | DEFENDANT | | |
| KAPANZHI, MICHAEL | DEFENDANT | | |

## Dockets

Page : 1      ALL ∨

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 27 | 06/12/2023 | REQUEST TO PRODUCE - PLTF TO DEFT VNK TRANSPORTATION, INC | 3 |
| | 26 | 06/12/2023 | REQUEST TO PRODUCE - PLTF TO DEFT MICHAEL KAPANZHI | 2 |
| | 25 | 06/12/2023 | REQUEST FOR ADMISSIONS - PLTF TO DEFT VNK TRANSPORTATION, INC | 2 |
| | 24 | 06/12/2023 | REQUEST FOR ADMISSIONS - PLTF TO DEFT MICHAEL KAPANZHI | 2 |
| | 23 | 06/12/2023 | NOTICE OF SERVICE OF INTERROGATORIES - PLTF TO DEFT VNK TRANSPORTATION, INC | 1 |
| | 22 | 06/12/2023 | NOTICE OF SERVICE OF INTERROGATORIES - PLTF TO DEFT MICHAEL KAPANZHI | 1 |
| | 15 | 06/09/2023 | MOTION FOR EXTENSION OF TIME (PLAINTIFF'S) TO RESPOND TO DEFENDANT'S DISCOVERY | 2 |
| | 14 | 06/05/2023 | REQUEST TO PRODUCE (DEFTS FIRST) TO PLTF | 5 |
| | 13 | 06/05/2023 | NOTICE OF SERVING ANSWERS TO INTERROGATORIES DEFTS FIRST SET TO PLTF | 2 |
| | 12 | 06/05/2023 | ANSWER AND AFFIRMATIVE DEFENSES (DEFTS) | 7 |
| | 11 | 05/15/2023 | CASE FEES PAID: $10.00 ON RECEIPT NUMBER 4402265 | 1 |
| | 10 | 05/11/2023 | SUMMONS ISSUED TO VNK TRANSPORTATION, INC. | 3 |
| | 9 | 05/08/2023 | AMENDED ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES | 8 |
| | 8 | 05/02/2023 | CASE FEES PAID: $20.00 ON RECEIPT NUMBER 4394241 | 1 |
| | 7 | 04/28/2023 | SUMMONS ISSUED TO MICHAEL KAPANZHI | 3 |
| | 6 | 04/28/2023 | SUMMONS ISSUED TO VNK TRANSPORTATION, INC. | 3 |
| | 5 | 03/21/2023 | ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES | 8 |
| | 4 | 03/21/2023 | CASE FEES PAID: $401.00 ON RECEIPT NUMBER 4350000 | 1 |
| | 3 | 03/18/2023 | COMPLAINT | 6 |
| | 2 | 03/18/2023 | COVER SHEET | 3 |
| | 1 | 03/18/2023 | AUTO NEGLIGENCE CASE | |

## Judge Assignment History

## Court Events

## Financial Summary

## Reopen History