UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:23-cv-00707-WGY-SJH

MARVIN DAN ROBERSON, JR.,

     Plaintiff,

vs.

VNK TRANSPORTATION, INC., a
Foreign Corporation, and MICHAEL
KAPANZHI, an individual,

     Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, MARVIN DAN ROBERSON, and Defendants VNK TRANSPORTATION,

INC. and MICHAEL KAPANZHI, submit this Joint Notice of Settlement in compliance with

Local Rule 3.09  Upon execution of a release by Plaintiff and payment of the settlement proceeds

by Defendant, the Parties will submit a Joint Stipulation for Dismissal with Prejudice.

Respectfully submitted,

| | |
|---|---|
| s/s *Lawrence A. Levine*<br>Lawrence A. Levine, Esq.<br>Florida Bar No.:  193185<br>llevine@anl-law.com<br>ANIDJAR & LEVINE, P.A.<br>300 SE 17th Street<br>Fort Lauderdale, FL 33316<br>Tel: 954-525-0050<br>Fax: 954-525-0020 | s/s *Dara M. Reed*<br>Dara M. Reed, Esq.<br>Florida Bar No.: 0123957<br>dreed@carrallison.com<br>/s/*L. Johnson Sarber, III*<br>L. Johnson Sarber, III<br>Florida bar No.: 0104116<br>jsarber@carrallison.com<br>CARR ALLISON<br>200 West Forsyth Street, Suite 600<br>Jacksonville, FL 32202<br>Tel: 904-328-6456<br>Fax: 904-328-6473 |
| **ATTORNEY FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANTS** |

LAW OFFICES OF ANIDJAR & LEVINE, P.A.
Attorney for Plaintiff
300 SE 17th Street
Fort Lauderdale, Florida 33316
Phone (954) 525-0050/Fax (954) 525-0020


By:    /s/ *Lawrence A. Levine*
       LAWRENCE A. LEVINE, ESQ.
       Florida Bar No.: 1983185

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system on January 30, 2025, and the foregoing document is being served on all counsel of record on the Service List below via transmission of Electronic Filing generated by CM/ECF, and via email.

LAW OFFICES OF ANIDJAR & LEVINE, P.A.
Attorney for Plaintiff
300 SE 17th Street
Fort Lauderdale, Florida 33316
Phone (954) 525-0050/Fax (954) 525-0020


By:    /s/ *Lawrence A. Levine*
       LAWRENCE A. LEVINE, ESQ.
       Florida Bar No.: 1983185

## SERVICE LIST

**Marvin Dan Roberson vs. VNK Transportation, Inc., and Michael Kapanzhi**
**Case No. 3:23-cv-00707-BJD-JBT**
**United States District Court, Middle District of Florida**

Lloyd Johnson Sarber, III
CARR ALLISON
Truist Tower
200 West Forsyth Street
Jacksonville, FL 32202
Florida Bar No.: 104116
jsarber@carrallison.com

Dara M. Reed
CARR ALLISON
Truist Tower
200 West Forsyth Street
Jacksonville, FL 32202
Florida Bar No.: 123957
dreed@carrallison.com

Alison H. Sausaman
CARR ALLISON
Truist Tower
200 West Forsyth Street
Jacksonville, FL 32202
Florida Bar No.: 112552
asausaman@carrallison.com