# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MARVIN DAN ROBERSON, JR.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 3:23-cv-707-WGY-SJH

VNK TRANSPORTATION, INC. and
MICHAEL KAPANZHI,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation for Dismissal (Doc. 47), filed August 21, 2025. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on January 12, 2026.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record